UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID E. WILSON (#105493) | CIVIL ACTION |
| VERSUS | |
| DR. JONATHAN ROUNDTREE, ET AL. | NO. 10-0381-JVP-DLD |

ORDER

This matter comes before the Court on correspondence received from the plaintiff rec.doc.no. 4, which the Court interprets as a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Upon a finding that the plaintiff is entitled to the relief requested,

**IT IS ORDERED** that this civil proceeding be dismissed, without prejudice.

Baton Rouge, Louisiana, this 19th day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE